158 P.3d 929

# SUPREME COURT OF HAWAI'I

**April 16, 2007**

| 26961, 27004, 27325 | Bento v. Valley Isle Motors | Affirmed |
|---|---|---|

**April 18, 2007**

| 26901 | State v. Dennehy | Affirmed |
|---|---|---|

**May 18, 2007**

| 26568 | United Public Workers, AFSCME, Local 646, AFL-CIO v. Shimizu | Dismissed |
|---|---|---|

**May 31, 2005**

| 26463 | Stucky v. Brown | Affirmed |
|---|---|---|